[No. 8232–6–III.   Division Three.   June 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID E. BURDICK, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 86–1–00042–6, Yancey Reser, J., entered October 30, 1986. *Reversed* by unpublished opinion per

Munson, J., concurred in by Thompson, A.C.J., and Green, J.